# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **TRIDENT STEEL CORPORATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No. 4:09cv1332 TCM** |
| ) | **4:09cv1752 TCM** |
| ) | |
| **OXBOW STEEL INTERNATIONAL,** ) | |
| **LLC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on a Stipulation, Agreement, and Protective Order Governing the Protection and Exchange of Confidential Material (proposed protective order) [Doc. 32].

Paragraph 20 of the proposed protective order provides that the parties agree that this Court will retain and have "jurisdiction over the parties and recipients of the Confidential Material" after the action is terminated for purposes of enforcing the protective order. The Court does not agree to, and will not accept, a continuation of its jurisdiction after this action

is terminated. This paragraph is stricken from the proposed protective order.

In all other respects, the proposed protective order will be entered.

**SO ORDERED.**

    /s/ Thomas C. Mummert, III

THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 7th of January, 2010.